Entered on Docket February 1, 2017

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Timothy W Dore
Chapter 13
Hearing Date: February 1, 2017
Hearing Time: 9:30 a.m.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

BARJINDER SINGH AND
HARBHAJAN KAUR

Debtors.

**NO.: 13-10691-TWD**

**AGREED ORDER FOR TREATMENT OF CLAIM AND RESOLVING DEBTORS' MOTION DIRECTING CREDITOR TO PROVIDE PAYMENT HISTORY FILED NOVEMBER 6, 2016 (DOC 49)**

IT IS STIPULATED AND AGREED between Barjinder Singh and Harbhajan Kaur, ("Debtor" herein), by and through their attorney of record, Christina Latta Henry, and Bayview Loan Servicing, LLC, ("Creditor" herein), by and through its attorneys, James K. Miersma and RCO Legal, PS, that treatment of Creditor's claim as to the property located at 4458 S 188TH PL, Seatac, WA 98188 has been resolved as follows;

Agreed Order for Treatment of Claim - 1

**RCO LEGAL, P.S.**
13555 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 13-10691-TWD    Doc 55    Filed 02/01/17    Ent. 02/01/17 14:01:54    Pg. 1 of 2

1. Creditor has provided an updated payment history satisfactory to Debtor showing the current status of the account.
2. The loan is due for the March 1, 2017 payment with a suspense balance of $187.43.
3. All prepetition arrearages that had been owing at the time of filing of the bankruptcy have been paid.
4. Effective with the March 2017 payment and going forward, all payments shall be paid by the Debtor directly to Creditor. Payments shall be sent to Creditor at PO Box 1288, Attn; Payment Processing, Buffalo, NY, 14240-1288.
5. The current payment amount is $1,918.75.

~~IT IS NOTED that because of the agreed order entered into by the parties this matter has been resolved.~~

It is hereby ORDERED that the above stipulation is approved and is binding on the Debtor and the Creditor.

PRESENTED BY: / / / End of Order / / /

RCO LEGAL, P.S.

By: /s/ James K. Miersma
James K. Miersma, WSBA #22062
Attorneys for Bayview Loan Servicing, LLC

AND BY:

/s/ Christina Latta Henry
Christina Latta Henry, WSBA #
Attorney for Debtors

Agreed Order for Treatment of Claim - 2

RCO LEGAL, P.S.
13555 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

Case 13-10691-TWD    Doc 55    Filed 02/01/17    Ent. 02/01/17 14:01:54    Pg. 2 of 2